WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Sonia P. Edwards, Esq. SBN 156456
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050 / Fax (949) 477-9200
sedwards@wrightlegal.net

Attorneys for Defendant Servis One, Inc. dba BSI Financial Services

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FORBES, an individual; and SANDRA FORBES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SERVIS ONE, INC., dba BSI FINANCIAL SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION<br><br>Defendants. | Case No: 2:18- CV-02731-MCE-DB<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SERVIS ONE, INC. dba BSI FINANCIAL SERVICES** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, hereby certifies that the following listed party has a direct, pecuniary interest in the outcome of the case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

**SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES** – Servis One, Inc. is a Delaware corporation with its principal place of business in Texas.  Servis One, Inc. is a wholly-owned subsidiary of BSI Holdings, LLC.

1 | This disclosure is made pursuant to the requirements of FRCP 7.1 only.  Servis
2 | One reserves the right to amend this disclosure, as needed.
3
4 | WRIGHT, FINLAY & ZAK, LLP
5 | Dated:  November 2, 2018          By:   */s/Sonia Plesset Edwards*
6 | Sonia Plesset Edwards, Esq.
7 | Attorneys for Defendant Servis One, Inc. dba BSI Financial Services

# PROOF OF SERVICE

I, Debbi Bosman, declare as follows:

I am employed in the County of Orange, State of California where the mailing occurred.  I am over the age of eighteen (18) and not a party to the within action.  My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660.

On November 2, 2018, I served the within **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SERVIS ONE, INC. dba BSI FINANCIAL SERVICES**  on all interested parties addressed as follows:

## SEE ATTACHED SERVICE LIST

[X]   **(CM/ECF)** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth herein pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(b)(2)(E).  A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[  ]   **(BY MAIL SERVICE)** I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2018, at Newport Beach, California.

      */s/Debbi Bosman*
Debbi Bosman

# SERVICE LIST

Jeremy Scott Golden
Golden & Cardona-Loya, LLP
3130 Bonita, Suite 200-B
Chula Vista, CA 91910
T: 619-476-0030  /  F: 775-743-0307
Email: jeremy@goldencardona.com
*Attorneys for Plaintiffs*


Eileen T. Booth
Jacobsen & McElroy
2401 American River Drive, Suite 100
Sacramento, CA 95825
T: 916-971-4100  /  F: 916-971-4150
Email:  jhawkins@jacobsenmcelroy.com
*Attorneys for Defendant Trans Union LLC*

Heather M. Shumaker, PHV
Schuckit & Associates, PC
4545 Northwestern Drive
Zionsville, IN 46077
T: 317-363-2400  /  F: 317-363-2257
Email:  hshumaker@schuckitlaw.com
*Attorneys for Defendant Trans Union LLC*


Thomas Patrick Quinn , Jr.
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
T: 949-376-3500  /  F: 949-376-3070
Email: tquinn@nokesquinn.com
*Attorney for Defendant Equifax Information Services, LLC*