Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FORBES, an individual; and SANDRA FORBES, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SERVIS ONE, INC. dba BSI FINANCIAL SERVICES; et al.,<br><br>　　　　Defendants. | Case No.: 2:18-cv-02731-MCE-DB<br><br>**Order for Dismissal of Trans Union LLC Only** |

　　Pursuant to the stipulation of the parties Defendant Trans Union LLC only is dismissed from this action with prejudice. This dismissal does not apply to the other defendants.

　　IT IS SO ORDERED.

Dated: February 27, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE