Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FORBES, et al. | Case No.: 2:18-cv-02731-MCE-DB |
| Plaintiff, | **ORDER** |
| v. | |
| SERVIS ONE, INC. dba BSI FINANCIAL SERVICES; et al. | |
| Defendants. | |

Pursuant to the Stipulation of the Parties, good cause appearing and on the court's own motion, it is hereby ORDERED that the above-captioned action shall be submitted to the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated: April 29, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE