Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FORBES, an individual; and SANDRA FORBES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SERVIS ONE, INC. dba BSI FINANCIAL SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02731-MCE-DB<br><br>**Order for Dismissal of Experian Information Solutions, Inc. Only** |

Pursuant to the stipulation of the parties, the action against Defendant Experian Information Solutions, Inc. only is dismissed with prejudice.

///
///
///
///
///

This dismissal does not apply to the other defendants, and this case shall remain pending against them.

IT IS SO ORDERED.

Dated: May 21, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE