Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FORBES, et al. | Case No.: 2:18-cv-02731-MCE-DB |
| Plaintiff, | **Order Granting Joint Stipulation to Continue Expert Disclosure Deadline** |
| v. | |
| SERVIS ONE, INC. dba BSI FINANCIAL SERVICES; et al. | |
| Defendants. | |

Based on the parties' Joint Stipulation to Continue Expert Disclosure Deadline and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

1. The Expert Disclosure Deadline is moved to February 15, 2020;

2. All other dates and deadlines to remain the same.

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1
Order Granting Joint Stipulation to Continue Expert Disclosure Deadline