WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Lukasz I. Wozniak, Esq., SBN 246329
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050 / Fax (949) 477-9200
sedwards@wrightlegal.net

Attorneys for Defendant Servis One, Inc. dba BSI Financial Services

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FORBES, an individual; and SANDRA FORBES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SERVIS ONE, INC., dba BSI FINANCIAL SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION<br><br>Defendants. | Case No: 2:18- CV-02731-MCE-DB<br><br>**ORDER GRANTING EXPARTE APPLICATION BY DEFENDANT SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES TO EXTEND TIME TO FILE EXPERT REPORT**<br><br>(No hearing required)<br>Hon. Morrison C. England, Jr.<br><br>FRCP 6(b)(A) |

Pursuant to Defendant SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES ("Defendant")' s exparte application under FRCP 6 (b)(A) to extend the time to file its expert report under FRCP 26(2)(B), to March 2, 2020 filed on February 14, 2020, and good cause appearing:

///

///

1. The report of Defendant's expert John Ulzheimer, originally due February 15, 2020 is now due March 2, 2020.

IT IS SO ORDERED.

Dated: February 25, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE