Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FORBES, an individual; and SANDRA FORBES, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>SERVIS ONE, INC. dba BSI FINANCIAL SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 2:18-cv-02731-MCE-DB<br><br>**Order Granting Plaintiffs'** ***Ex Parte*** **Application To Strike Defendant Servis One, Inc.'s Untimely Filed Motion for Summary Judgment**<br><br>Hon. Morrison C. England, Jr. |

//
//
//

Plaintiffs' *Ex Parte* Application to Strike Defendant Servis One, Inc.'s Untimely Filed Motion for Summary Judgment (ECF No. 47) is **GRANTED**. It is hereby ordered that Defendant Servis One, Inc.'s Motion for Summary Judgment (ECF No. 41) shall be **STRICKEN** and the motion taken off calendar.

Defendant's Ex Parte Application for Leave to Allow Motion for Summary Judgment/Partial Summary Judgment to be Heard (ECF No. 49) is **DENIED** as moot.

IT IS SO ORDERED.

Dated: July 6, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE