WRIGHT, FINLAY & ZAK, LLP
Jonathan D. Fink, SBN 110615
Nicole S. Dunn, SBN 213550
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
Email: ndunn@wrightlegal.net

Attorneys for Defendant, Servis One, Inc. dba BSI Financial Services

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FORBES, an individual; and SANDRA FORBES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SERVIS ONE, INC., dba BSI FINANCIAL SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION<br><br>Defendants. | Case No: 2:18- CV-02731-MCE-DB<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER DENYING DEFENDANT'S EX PARTE APPLICATION TO AMEND THE SCHEDULING ORDER** |

1  Good cause having not been shown, Defendant's Ex Parte Application to
2  Amend the Scheduling Order is DENIED.  Fed. R. Civ. P. 16(b)(4) ("A schedule
3  may be modified only for good cause and with the judge's consent.).
4  IT IS SO ORDERED.
5  Dated:  August 12, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE