WRIGHT, FINLAY & ZAK, LLP
Jonathan D. Fink, SBN 110615
Lukasz I. Wozniak, SBN 246329
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
Email: lwozniak@wrightlegal.net

Attorneys for Defendant, Servis One, Inc. dba BSI Financial Services

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FORBES, an individual; and SANDRA FORBES, an individual<br><br>                    Plaintiff,<br>vs.<br><br>SERVIS ONE, INC., dba BSI FINANCIAL SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION<br><br>                    Defendants. | Case No: 2:18- CV-02731-MCE-DB<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** that:

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure ("FRCP"), this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

-1-

ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION

1  The Clerk of the Court is directed to close this case.
2  IT IS SO ORDERED.

5  Dated: March 23, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION